# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MORALES<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND TRIBUS SERVICES, INC. | CIVIL ACTION<br><br>NO. 17-5579 |

## ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

AND NOW, this 14th day of February, 2019, upon consideration of summary judgment motions filed by Plaintiff (ECF 22), Defendant Travelers (ECF 23), and Defendant Tribus Services, Inc. (ECF 25 and 26), and the responsive pleading thereto (ECF 28-31), and for reasons discussed in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants' Motions are GRANTED; and
2. Plaintiff's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-5579 Morales v Travelers\17cv5579 Order re MSJs.docx